FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

May 08, 2015

Mr. Warren W. Harris
Bracewell & Giuliani, LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2770
* DELIVERED VIA E-MAIL *

Mr. Roger D. Townsend
Alexander Dubose Jefferson & Townsend LLP
1844 Harvard Street
Houston, TX 77008-4342
* DELIVERED VIA E-MAIL *

Mr. Vincent L. Marable III
Paul Webb, P.C.
221 N. Houston Street
Wharton, TX 77488
* DELIVERED VIA E-MAIL *

Mr. Thomas R. Phillips
Baker Botts LLP
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701-4078
* DELIVERED VIA E-MAIL *

Mr. William V. Dorsaneo III
SMU School of Law
Storey Hall
3315 Daniel Avenue
Dallas, TX 75275
* DELIVERED VIA E-MAIL *

Mr. David M. Gunn
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010-2010
* DELIVERED VIA E-MAIL *

Mr. William Fred Hagans
Hagans Burdine Montgomery & Rustay P.C.
3200 Travis, Fourth Floor
Houston, TX 77006
* DELIVERED VIA E-MAIL *

RE:    Case Number:  12-0255
       Court of Appeals Number:  01-09-00997-CV
       Trial Court Number:  2006-80212

Style:  GENE E. PHILLIPS, INDIVIDUALLY AND D/B/A PHILLIPS OIL INTERESTS,
       LLC, EURENERGY RESOURCES CORPORATION, SYNTEK WEST, INC.,
       CABELTEL INTERNATIONAL CORPORATION, NATRON INVESTMENTS, A&B
       CAPITAL CORPORATION, SOUTHMARK CORPORATION, BASIC CAPITAL
       MANAGEMENT, INC
       v.
       CARLTON ENERGY GROUP, LLC

FILE COPY



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Dear Counsel:

Today the Supreme Court of Texas issued an opinion and judgment in the above-referenced cause. You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:     Ms. Tracy Nicole Leroy (DELIVERED VIA E-MAIL)
        Mr. Christopher Prine (DELIVERED VIA E-MAIL)
        Mr. Charles Imlay Appler
        Mr. Hugh Rice Kelly (DELIVERED VIA E-MAIL)
        Mr. Chris Daniel (DELIVERED VIA E-MAIL)
        Mr. George S. Christian (DELIVERED VIA E-MAIL)
        Mr. Joseph M. Nixon